**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  21-CR-30133-DWD |
| vs. | ) | |
| | ) | |
| JAMARIANTE N. BURGESS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

**DUGAN, District Judge:**

On October 31, 2022, this Court entered a preliminary order of forfeiture (Doc. 74) against Defendant Jamariante N. Burgess for the following property:

1. **A Springfield XDM, .40 caliber pistol bearing serial number MG368367;**
2. **A Stoeger Arms, Lueger, 9mm pistol bearing serial number T6429-21S01212;**
3. **A Walther PPX, 9mm pistol, bearing serial number FAQ0288; and**
4. **Any and all ammunition contained therein or within seized firearm.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The United States has provided a sworn declaration that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days, beginning on November 4, 2022, and ending on December 3, 2022 (Doc. 110-1).  No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property pursuant to 21 U.S.C. § 853(n).

Consequently, the Court hereby **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

above-described property that is subject of the order of forfeiture (Doc. 74) filed on

October 31, 2022, namely:

1.  **A Springfield XDM, .40 caliber pistol bearing serial number MG368367;**
2.  **A Stoeger Arms, Lueger, 9mm pistol bearing serial number T6429-21S01212;**
3.  **A Walther PPX, 9mm pistol, bearing serial number FAQ0288; and**
4.  **Any and all ammunition contained therein or within seized firearm.**

The United States Marshal shall dispose of the forfeited property according to law.

   **SO ORDERED**.

   Dated: June 28, 2023

                          /s/ David W. Dugan
                           DAVID W. DUGAN
                           United States District Judge